UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GARY MATTHEWS | CIVIL ACTION |
| VERSUS | NO. 07-3533 |
| N. BURL CAIN, WARDEN LOUISIANA STATE PENITENTIARY | SECTION "S"(4) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Gary Matthews's petition for issuance of a writ of habeas corpus, pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 12th day of _____, 2010.

_____
**UNITED STATES DISTRICT JUDGE**

JS10(00:00)